**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Michael Anthony Cage, | ) | |
| Plaintiff, | ) | |
| | ) | No. 23 CV 50351 |
| v. | ) | Judge Iain D. Johnston |
| | ) | |
| Dr. Larry Sy, *et al.*, | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is Special Master Philip Favro's Report and Recommendation that this case be dismissed based on Mr. Cage's failure to comply with the Court's order to produce information related to his social media accounts. Dkt. 100. Mr. Cage was ordered to produce "(1) his username and password for all Instagram accounts, including the Instagram account that contained the video at issue, and (2) any communications Mr. Cage had with his family members about the existence and deletion of the video." The Court warned Mr. Cage that failure to produce the required information would result in dismissal of the action. Dkt. 99. In light of Mr. Cage's failure to produce the required information, even after being warned that his case would be dismissed, and his failure to object to Special Master Philip Favro's recommendation that his case be dismissed, this Court accepts the Report and Recommendation [100]. Mr. Cage's motion for extension of time [88] is denied as moot. In light of the dismissal and the likely cost to Defendants of obtaining reimbursement from Mr. Cage, the Court withdraws its order imposing sanctions on Mr. Cage. Civil case terminated.

Date: June 9, 2026          By:_____
                                         Iain D. Johnston
                                         United States District Judge